**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Abdirahman A., | Case No. 26-cv-3086 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Todd Blanche, *Acting Attorney General*; Markwayne Mullin; *Secretary*, *U.S. Department of Homeland Security*; David Venturella, *Director, Immigration & Customs Enforcement*; David Eastwood,[1] *Acting Director, St. Paul Office Immigration & Customs Enforcement*; Joel Brott, *Sheriff, Sherburne County*, | |
| Respondents. | |

It is **ORDERED** that:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Abdirahman A. by no later than July 10, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

---

[1] While the caption names this Defendant as "David Eastwood" the Court takes notice that this Defendant is properly "David Easterwood."

1

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

e. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than July 17, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: June 26, 2026                    _s/Douglas L. Micko_____
                                        DOUGLAS L. MICKO
                                        United States Magistrate Judge

2